Joan B. Mendelsohn, Respondent, v. David Mendelsohn, Appellant.

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.